# MEMORANDUM DECISIONS

CUNNINGHAM v. STATE. (No. 3104.) (Court of Criminal Appeals of Texas. April 22, 1914.) Appeal from Hill County Court; Horton B. Porter, Judge. Pomp Cunningham was convicted of crime, and he appeals. Affirmed. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. In the record before us there is neither a statement of facts nor any bills of exception, and there is nothing in the motion for a new trial we can review in the absence of a statement of facts. The judgment is therefore affirmed.

DAVIDSON, J., absent at consultation.

DAVIS v. STATE. (No. 3083.) (Court of Criminal Appeals of Texas. April 8, 1914. Rehearing Denied May 6, 1914.) Appeal from Nacogdoches County Court; Geo. F. Ingraham, Judge. Henry Davis was convicted of aggravated assault, and he appeals. Affirmed. Russell & Spears, of Nacogdoches, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was prosecuted and convicted of committing an aggravated assault on Lee Walters by cutting him with a knife and inflicting serious bodily injuries. The complaint and information are not subject to the criticisms contained in appellant's motion in arrest of judgment, and succinctly charge the offense of which he was convicted. The record containing neither a statement of facts nor bills of exception, the judgment is affirmed.

Ex parte GARDNER. (No. 3129.) (Court of Criminal Appeals of Texas. April 29, 1914. Rehearing Denied May 20, 1914.) Appeal from District Court, Washington County; Ed R. Sinks, Judge. Application by Carl Gardner for admission to bail. Application denied. Mathis, Teague & Embrey, of Brenham, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. On appellant's application the district judge of Washington county granted a writ of habeas corpus, whereby he was seeking bail in a case wherein he was indicted for murder. The district judge on a full hearing denied bail; hence this appeal. We have carefully read and considered all the evidence shown by the statement of facts in this case. We have reached the conclusion that there is no error in the order of the district judge denying bail. We follow the uniform practice of this court in not stating or discussing the evidence, as it would be improper to do so in view of a trial that must be had. The judgment of the court below in denying bail is affirmed.

Ex parte MYERS. (No. 3110.) (Court of Criminal Appeals of Texas. April 15, 1914.) Appeal from District Court, Jefferson County; W. H. Davidson, Judge. Application by Harvey L. Myers for admission to bail. From the judgment fixing bail, relator appeals. Affirmed. Blain & Howth, of Beaumont, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, J. Relator was arrested, charged with murder. Upon the trial under habeas corpus he was admitted to bail in the sum of $7,500. Failing to give bond, he resorted to writ of habeas corpus for the reduction of bail, among other things filing affidavit of newly discovered evidence, which was to the effect that he was very drunk at the time he committed the offense. This was hardly newly discovered, but in any event the second writ was awarded, and the bond reduced to $6,000. It is the practice of this court not to indulge in a discussion of the facts as a basis for the conclusion reached on the question of bail. However, we are of opinion that the bail is not excessive. The judgment is affirmed.

Ex parte PHELPS. (No. 3117.) (Court of Criminal Appeals of Texas. April 22, 1914. Rehearing Denied May 13, 1914.) Appeal from Special District Court, Liberty County; J. Llewellyn, Judge. Habeas corpus by J. T. Phelps. Relator was remanded to custody, and appeals. Affirmed. Marshall & Harrison, of Liberty, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was indicted, charged with the murder of W. C. Tompkins. He sued out a writ of habeas corpus before Hon. J. Llewellyn, judge of the district court of Liberty county. A trial was had, and on the hearing Judge Llewellyn remanded relator to the custody of the sheriff. As this case is yet to be tried, it would be improper for us to recite or comment upon the testimony, or the weight of any portion of it; but after reading the record we cannot say that the trial judge erred in the premises, and the judgment is therefore affirmed.

DAVIDSON, J., absent at consultation.

RICHIE v. STATE. (No. 3082.) (Court of Criminal Appeals of Texas. April 8, 1914. Rehearing Denied May 6, 1914.) Appeal from Hunt County Court; Geo. B. Hall, Judge. R. R. Richie was convicted of an offense, and appeals. Affirmed. A. H. Mount, of Royse City, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. There is no statement of facts in this case, and no question is raised which can be considered in the absence thereof. The judgment of the lower court, convicting appellant of aggravated assault, will therefore be affirmed.

SNYDER v. STATE. (No. 3115.) (Court of Criminal Appeals of Texas. April 29, 1914.) Appeal from Coke County Court; G. S. Arnold, Judge. Ben Snyder was convicted of wife desertion, and he appeals. Reversed, and cause remanded. D. I. Durham, of Robert Lee, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J. Appellant was prosecuted under Act April 2, 1913, p. 188, for deserting his wife, and fined $25. The only question necessary to pass upon is whether or not the evidence is sufficient to sustain the verdict. This point was clearly made in the court below and in this. We have carefully read the evidence, and have reached the conclusion that the evidence is not sufficient to sustain the verdict and judgment. We regard it as unnecessary to recite the evidence, as it would serve no useful purpose. No other question raised presents any error. The judgment is reversed, and the cause remanded.